UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:

Carlos Quintanal

Debtor(s).

Case No. 14-18916-BKC-AJC

Chapter 13

_____/

## MOTION TO INCREASE PLAN BASE
## AND CERTIFICATE OF SERVICE OF NOTICE OF HEARING

Nancy K. Neidich, Standing Chapter 13 Trustee moves this Court to enter an order increasing the Debtor's Plan base by $4,652.42 and $65.48. In support, the Trustee states as follows:

1. On or about January 25, 2017, the Trustee received a check in the amount of $4,652.42 and $65.48 from Wells Fargo. *See* Exhibit A.

2. As the funds have been turned over and are an asset of the estate, the Trustee requests the Debtor's plan base be increased by $4,652.42 and $65.48 and $65.48 so that the Trustee may disburse these funds to allowed unsecured claims or if none, to the Debtor(s).

WHEREFORE, the Trustee requests that this Court enter an order increasing the Debtor's plan base to $4,652.42 and $65.48 thereby and any further relief as deemed just and proper.

Respectfully submitted:
NANCY K. NEIDICH,
Standing Chapter 13 Trustee

By: /s/ _____
JOSE I. MICELI, ESQ.
FLORIDA BAR NO: 0077539
P.O. BOX 279806
MIRAMAR, FL 33027
(954) 443-4402

Dated: 6/30/17

## CERTIFICATION OF SERVICE

I CERTIFY that on ___6/30/17___ a true and correct copy of the foregoing and the Bankruptcy Clerk's notice of hearing was served electronically on Debtor's counsel.

/s/ _Jose I. Miceli_
JOSE I. MICELI, ESQ.

**SunTrust Lockbox Services**

**Individual Batch Report**

13DE Neidich, Nancy    2099    02/19/2016

Check No:  Acct No:  Amount:  Batch: 940 Transaction: 10 Image: 3

Wells Fargo Home Mortgage
MAC N9408-L14
2701 Wells Fargo Way
Minneapolis, MN 55408

CHAPTER 13 TRUSTEE

January 29, 2016

2016 FEB 16 PM 12: 02

NANCY K. NEIDICH
PO BOX 279806
MIRAMAR, FL 33027

Subject: CARLOS QUINTANAL
Case #14-18916

Dear NANCY K. NEIDICH,

Each year, we review mortgage accounts to make sure the escrow portion of the scheduled payment covers property taxes and/or insurance premiums. Increases or decreases in annual taxes and/or insurance premiums may cause mortgage payment amounts to change.

In our recent review of the account for CARLOS QUINTANAL , we determined there was an overage of $65.48. For details on how this overage was calculated, please refer to the detailed escrow analysis statement included with this letter.

Due to the current bankruptcy case of CARLOS QUINTANAL , a refund for the overage and a copy of the escrow analysis statement are included with this letter.

As Trustee, you may choose not to have these funds disbursed under the plan, though Wells Fargo does request that the funds be remitted to the debtor(s) and not returned to Wells Fargo.

If you have any questions, or need further assistance, please contact us at NSS800TrusteeResponse@wellsfargo.com or 1-877-599-9953, Monday through Friday, 10:00 a.m. to 7:00 p.m. Eastern Time.

Escrow Services
Wells Fargo Home Mortgage


Enclosures

Wells Fargo Home Mortgage is a division of Wells Fargo Bank, N.A. NMLSR ID 399801

**SunTrust Lockbox Services**

**Individual Batch Report**

13DE Neidich, Nancy     2099     01/26/2017

Check No:  Acct No:  Amount:  Batch: 959 Transaction: 2 Image: 3

RECEIVED
CHAPTER 13 TRUSTEE

2017 JAN 25  AM 10: 50

Wells Fargo Home Mortgage
MAC N9408-L14
2701 Wells Fargo Way
Minneapolis, MN 55408

January 12, 2017

NANCY K. NEIDICH
CHAPTER 13 TRUSTEE
PO BOX 279806
MIRAMAR, FL 33027

Subject: CARLOS QUINTANAL
Mortgage account number 0484810296   Client 708
Case number 14-18916

Dear NANCY K. NEIDICH,

Each year, we review mortgage accounts to make sure the escrow portion of the scheduled payment covers property taxes and/or insurance premiums. Increases or decreases in annual taxes and/or insurance premiums may cause mortgage payment amounts to change.

In our recent review of the account for CARLOS QUINTANAL , we determined there was an overage of $4652.42. For details on how this overage was calculated, please refer to the detailed escrow review statement included with this letter.

Due to the current bankruptcy case of CARLOS QUINTANAL , a refund check for the overage and a copy of the escrow review statement are included with this letter.

As trustee, you may choose not to have these funds disbursed under the plan, though Wells Fargo does request that the funds be remitted to the debtor(s) and not returned to Wells Fargo.

If you have any questions, or need further assistance, please contact us at NSS800TrusteeResponse@wellsfargo.com or 1-877-599-9953, Monday through Friday, 10:00 a.m. to 7:00 p.m. Eastern Time.

Escrow Operations
Wells Fargo Home Mortgage

Enclosure



Wells Fargo Home Mortgage is a division of Wells Fargo Bank, N.A. NMLSR ID 399801