STATES BANKRUPTCY COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:  Case No.: 14-18916-BKC-AJC
Chapter 13

CARLOS L QUINTANAL,

    Debtor(s).

_____/

### TRUSTEE'S MOTION TO REDIRECT PAYMENT AND CERTIFICATE OF SERVICE OF NOTICE OF HEARING

Nancy K. Neidich, Standing Chapter 13 Trustee, files the instant *Motion to Redirect Payment* and states as follows:

1. The Confirmed Plan pays Wells Fargo Bank ("Creditor") as a secured creditor.

2. The Creditor has returned $1,582.60 to the Trustee. *See* attached letter.

3. The Trustee requests that these funds along with any of the Creditor's remaining payments be redirected, pro-rata, to general unsecured creditors, or, if none, to the Debtor(s).

**WHEREFORE**, the Trustee requests the Court enter an order allowing the funds returned by the Creditor as well as any remaining payments be redirect to general unsecured creditors, or, if none, to the Debtor(s) and for any further relief the Court deems necessary.

                                                  Respectfully submitted:
                                                  NANCY K. NEIDICH,
                                                  Standing Chapter 13 Trustee

By:    /s/ Jose I. Miceli
                                                JOSE I. MICELI, ESQ.
                                                FLORIDA BAR NO: 0077539
                                                P.O. BOX 279806

MIRAMAR, FL 33027
(954) 443-4402

Dated: **MARCH 1 2018**

## CERTIFICATION OF SERVICE

I certify that a true and correct copy of the foregoing was served on **MARCH 1 2018** via:

**By regular U.S. mail:**

Wells Fargo Bank, N.A.
ATTENTION: Bankruptcy Department MAC #T7416-023
4101 Wiseman Blvd.
San Antonio, TX 78251

Albertelli Law
Attn.: Jeffrey S. Fraser, Esq.
Attorney for Secured Creditor
PO Box 23028
Tampa, FL 33623
[ECF No. 73]

Albertelli Law
Attn: Christopher A. Ewbank, Esq.
Attorney for Secured Creditor
PO Box 23028
Tampa, FL 33623
[ECF No. 53]

_____
JOSE I. MICELI, ESQ.



Wells Fargo Home Mortgage
Mac X2302-045
1 Home Campus
Des Moines, IA 50328

November 08, 2016


Carlos Quintanal
21023 SW 122nd CT
Miami FL 33177 5739


PLEASE NOTE: This notice is being provided for informational purposes only. As a result of at least one bankruptcy case filing that included the above referenced account, Wells Fargo Home Mortgage            is NOT attempting in any way to violate any provision of the United States Bankruptcy Code or to collect a debt (deficiency or otherwise) from any customer(s) who is impacted by an active bankruptcy case or has received a discharge, where the account was not otherwise reaffirmed or excepted from discharge. THIS IS NOT A BILL OR A REQUEST FOR PAYMENT AS TO THESE CUSTOMER(S).

Subject: Returning check
         Loan number: 0484810296, Client 708
         Case number: 14-18916

Dear Carlos Quintanal :

We're returning the following check to you because:
Loss Mitigation - Return Funds

    Check amount:    $        1,582.60
    Check number:    0637798
    Date of check:   10/17/16

If you have any questions or need further assistance, please call us at 1-800-274-7025, Monday through Friday, 8:00 a.m. to 9:00 p.m. Eastern Time.

Cash Management
Wells Fargo Home Mortgage

Enclosure
CA281/UDU  KH





Wells Fargo Home Mortgage
Mac X2302-045
1 Home Campus
Des Moines, IA 50328

November 08, 2016

Nancy K. Neidich
Chapter 13 Trustee
P.O. Box 278783

Miramar, FL 33027

Subject: Important information regarding your client's property
Case number: 14-18916
Mortgagor(s): Carlos Quintanal

Loan number: 0484810296

Dear Chapter 13 Trustee :

Enclosed is a copy of important documents for your client(s). These documents may provide your client(s) with time sensitive information regarding the loan referenced above. Please forward the enclosed document(s) to your client(s) as soon as possible.

We're here to help
Thank you for your prompt attention to this matter. If you have any questions or need additional assistance, please contact us at 1-800-274-7025, Monday through Friday, 8:00 a.m. to 9:00 p.m. Eastern Time.

Cash Management
Wells Fargo Home Mortgage

CA281/UDU

Wells Fargo Home Mortgage is a division of Wells Fargo Bank, N.A. NMLSR ID 399801



Wells Fargo Home Mortgage
MAC X2302-045
1 Home Campus
Des Moines, IA 50328